✎ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ NORTHERN  DISTRICT OF _ CALIFORNIA _____

UNITED STATES OF AMERICA

V.

TSANNRONG LEE

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  CR-09-0110 (04) SI

      The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

   Susan Illston, U.S. District Judge
_____
Name of Judge             Title of Judge

  3/13/2012
_____
             Date